# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| United States of America | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
|  | Case Number: 21CR0027-MDD |
| GENARO SOLIS-MARTINZ | Amber Rabon-Luna |
|  | *Defendant's Attorney* |

**REGISTRATION NO. 96413298**

THE DEFENDANT:

☒ pleaded guilty to count(s)  1 of Information (Misdemeanor)

☐ was found guilty to count(s)
   after a plea of not guilty.
   Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| **Title & Section** | **Nature of Offense** | **Count Number(s)** |
|---|---|---|
| 8:1325 | IMPROPER ATTEMPTED ENTRY BY AN ALIEN (Misdemeanor) | 1 |

☐ The defendant has been found not guilty on count(s)

☒ Count(s)  Count 2 of Information   is dismissed on the motion of the United States.

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:

### ONE-HUNDRED TWENTY (120) DAYS

☒ Assessment: $10.00 waived    ☒ Fine: NO FINE

☒ Court recommends USMS, ICE or DHS or other arresting agency return all property and all documents in the defendant's possession at the time of arrest upon their deportation or removal.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

FEBRUARY 8, 2021
Date of Imposition of Sentence

HONORABLE MITCHELL D. DEMBIN
UNITED STATES MAGISTRATE JUDGE